UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO. 5:05cr20-V |
|---|---|---|
| v. | ) | BILL OF INDICTMENT |
| | ) | Violations: |
| | ) | 18 U.S.C. § 871(a) |
| WARREN G. CANIPE III | ) | |
| a.k.a. "Trey" | ) | |

THE GRAND JURY CHARGES:

## COUNT ONE

On or about November 8, 2004, in Catawba County and elsewhere within the Western District of North Carolina, the defendant,

WARREN G. CANIPE III

did knowingly and willfully make a true threat to take the life of or to inflict bodily harm upon the President of the United States, George W. Bush, by stating in an email that:

> dude, i was thinking this weekend that 2 things could be done to bring revolution in this country (cause this is no better time in history for a revolution):
>
> 1. we could organize a nation wide campaign to raise $$ for the assination of Bush... I'm not shitting -- i would be behind this... i would email people or what ever it took to raise money to pay for the assination --- or to offer a "reward" for the assination of Bush..
>
> 2. we could call for a civil war... if people started fighting conservative, Zionist bastards in the streets like they do in the middle east --- you know, car bombs on repubs, etc, etc
>
> i really think my place in history is meant to be much more than just a dude that bills people for freight shipments... I tried to make it with music (b/c i had something to say), but maybe my place could be in politics or religion.. maybe i could go down in history as starting a revolution just like when the south succeeded from the union... You know, the south did not actuall "attack" the north -- they simply withdrew from

the union... maybe the 49% liberal minded people of this country could cause an uprising!?

All in violation of Title 18, United States Code, Section 871(a).

## COUNT TWO

On or about November 8, 2004, in Catawba County and elsewhere within the Western District of North Carolina, the defendant,

WARREN G. CANIPE III

did knowingly and willfully make a true threat to take the life of, or to inflict bodily harm, upon the President of the United States, George W. Bush, by stating in an email that:

**KEEP IN MIND THAT I STILL AM ORGANIZING A CIVIL WAR**

**AND I'M ALSO IN SUPPORT OF RAISING $$$ FOR THE ASSINATION REWARD OF BUSH**

All in violation of Title 18, United States Code, Section 871(a).

A TRUE BILL:

GRETCHEN C. F. SHAPPERT
United States Attorney

JOSH HOWARD
Assistant United States Attorney